# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No.: 3:07-773-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRAYONE BURTON | ) | |
| | ) | |

The defendant has filed a *pro se* "Motion to Reconsider Pursuant to Fed. R. Civ. P. 59(e)." The government is respectfully requested to respond to this motion within thirty days.

The defendant has also filed a motion to amend his motion for reconsideration to correct typographical errors. This motion to amend is granted (ECF No. 359). The Clerk shall file the amended motion for reconsideration (which is attached to the motion to amend) and terminate the earlier motion for reconsideration (ECF No. 358).

IT IS SO ORDERED.

*Joseph F. Anderson Jr.*

Joseph F. Anderson, Jr.
United States District Judge

July 23, 2012
Columbia, South Carolina